[No. 42446-7-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL
MARTINEZ ILERNA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08992-8, James Bryan Street, J., entered
March 16, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42652-4-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TONELLI
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-03373-6, Brian D. Gain, J., entered Janu-
ary 8, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43163-3-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD
LAVERY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-00852-9, Joan E. DuBuque, J., entered
July 24, 1998. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Coleman and Grosse, JJ.

[No. 43444-6-I.    Division One.    May 30, 2000.]

ROBERT S. LINT, II, *Respondent*, v. VIRGINIA SCHLOREDT,
ET AL., *Intervenors*, GARY W. EAST, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-2-03298-7, John M. Meyer, J.,
entered August 26, 1998. *Reversed* by unpublished opinion
per Appelwick, J., concurred in by Coleman and Kennedy,
JJ.